

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado,
Appellants

v.

**LONESTAR RESOURCES, INC.**, Ezra Alderman Ranches, Inc. and Union Pacific Railroad Company,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The Joint Motion to Abate Appellate Deadlines Pending Correction and Supplementation of Appellate Record is **GRANTED**; however, any orders relating to requests involving the reporter's records filed and to be filed by Ms. Leticia Escamilla must comport with the Contempt Judgment issued on January 15, 2020, in appeal number 04-19-00503-CV.

The Master Index Volume of the reporter's record filed in this court on November 1, 2019 is STRICKEN.

Furthermore, **MS. ESCAMILLA** is **ORDERED** to: (1) correct Volume 2 of 3 of the reporter's record by: (a) identifying the attorneys who made appearances on page 2; and (b) correcting the typographical error on page 3 to correctly identify the date of the hearing as February 8, 2018; (2) update the cover page and page 3 of Volume 2 of 3 and refile as volume 1 of 1; and (3) update the cover page and page 4 of Volume 3 of 3 and refile as volume 1 of 1.

**MS. ESCAMILLA** is further **ORDERED** to refile Volumes 2 and 3 in accordance with the foregoing instructions and file the reporter's record from the November 30, 2017 hearing identified as Volume 1 of 1 no later than five days from the date the reporter's record from the hearing on motion to set aside is filed in appeal number 04-18-00411-CV, styled *Repsol Oil & Gas USA, LLC, et al. v. Matrix Petroleum, LLC*.

**MS. PAM L. MARCINIK** is **ORDERED** to correct the appellate court cause number on page 1 of the reporter's record she filed on December 4, 2019 and refile the corrected reporter's record in this appeal no later than five days from the date of this order.

**MR. RICHEY GENTRY** is **ORDERED** to file the reporter's record from the March 5, 2019 hearing no later than two weeks from the date of this order.

The trial court clerk has filed a supplemental clerk's record containing most of the items requested in writing on January 24, 2020, but not the March 2019 order on Defendant Lonestar Resources, Inc.'s Traditional and No Evidence Motion for Summary Judgment. The trial court clerk, **MARGARITA ESQUEDA**, is therefore **ORDERED** to file another supplemental clerk's record containing the March 2019 order on Defendant Lonestar Resources, Inc.'s Traditional and No Evidence Motion for Summary Judgment no later than two weeks from the date of this order.

Appellant's brief must be filed no later than thirty days from the date all of the foregoing records have been filed in accordance with this order. The briefs filed in this appeal should refer to the reporter's records as Volumes 1 through 7 in chronological order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court